# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALDINE NELSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 19-cv-2323 |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this __12TH__ day of March, 2020, upon consideration of Plaintiff's Request for Review (ECF No. 12) and Defendant's Response (ECF No. 13), IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.


BY THE COURT:


   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge